IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SE PROPERTY HOLDINGS, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | NO. CV-16-567-JB-MU |
| | * | |
| SAINT FAMILY LIMITED | * | |
| PARTNERSHIP, FRANCES J. SAINT, | * | |
| individually, FRANCES J. SAINT, as | * | |
| Personal Representative of the Estate of | * | |
| John B. Saint, deceased, and KASUBRA, | * | |
| LLC, | | |
| | | |
| Defendants. | | |

## JOINT STATUS REPORT AND MOTION TO EXTEND STAY

Come now all parties and (i) submit their joint status report pursuant to this Court's Order dated December 20, 2018 (Doc. 51), and (ii) move the Court to extend the stay of this case by a period of sixty (60) days. The parties state as follows:

1. A contingent settlement agreement was executed by the parties to the "underlying case" styled *SEPH v. Bama Bayou, LLC, et al.*, Case No. 2009-900085, in the Circuit Court of Mobile County, Alabama. The parties to the underlying case include, among others, Plaintiff SE Property Holdings, LLC and Defendant Frances J. Saint, as the Personal Representative of the Estate of John B. Saint. A finalized settlement of the underlying case would also settle this fraudulent transfer action.

2. The settlement agreement was contingent on the closing of a transaction involving a third-party investor. The target for the closing was April 15, 2019.

3. The parties to this case jointly requested a stay pending the outcome of that contingency and the settlement agreement. (Doc. 50.)

1

4. The Court granted the stay and ordered the parties to file a joint status report no later than April 16, 2019. (Doc. 51.)

5. For reasons out of the control of the parties to this case or the parties to the underlying case, the closing did not occur. However, since the parties to the underlying case reached one settlement agreement, they continue to be desirous of settlement and hope another settlement agreement can be reached using a different funding mechanism.

6. The parties to the underlying case are currently in the process of evaluating and discussing options other than resuming the litigation.

7. The parties to this case believe it would be premature to lift the stay in this case while those settlement discussions are in progress. Thus, the parties request a 60-day extension of the stay. A 60-day extension is reasonable due to the complexity of the underlying case, the number of parties involved in that matter, and the possible involvement of other third-parties.

8. The parties propose to file another joint status report on or before June 14, 2019.

WHEREFORE, all parties submit the foregoing status report and move the Court to extend the stay of this case by a period of 60 days.

Date: April 16, 2019　　　　　　　　　　　Respectfully submitted,

*/s/ J. Blair Newman, Jr.*
RICHARD M. GAAL (GAALR3999)
rgaal@mcdowellknight.com
JAMES BLAIR NEWMAN, JR. (NEWMJ8590)
bnewman@mcdowellknight.com
Attorneys for SE Property Holdings, LLC

OF COUNSEL:

MCDOWELL KNIGHT ROEDDER
 & SLEDGE, LLC
11 North Water St., Ste. 13290

        Mobile, Alabama  36602
        (251) 432-5300
        (251) 432-5303 (fax)

        */s/ Irvin Grodsky* (with permission)
        IRVIN GROSKY
        Post Office Box 3123
        Mobile, Alabama 36652
        (251) 433-3657
        Attorney for Defendants


        */s/ Caine O'Rear III* (with permission)
        CAINE O'REAR III (OREAC6985)
        CHRISTINE HARDING HART (HARTC5687)
        HAND ARENDALL HARRISON SALE LLC
        Post Office Box 123
        Mobile, Alabama 36601
        Telephone: (251) 432-5511
        Facsimile: (251) 694-6375
        corear@handarendall.com
        chart@handarendall.com
        Attorneys for Defendants